

# Fourth Court of Appeals
## San Antonio, Texas

October 10, 2014

No. 04-14-00641-CV

Robert **MARX** and Debbie Marx,
Appellants

v.

**FDP, LP**,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 12-03-0101-CVW
Honorable Stella Saxon, Judge Presiding

## O R D E R

The underlying lawsuit originally involved two plaintiffs and three defendants. Both plaintiffs filed a Notice of Nonsuit against one of the defendants, Diego Lopez, on April 8, 2013. On July 9, 2014, one of the plaintiffs, FDP, LP filed a motion for summary judgment, which was granted on August 11, 2014. The two remaining defendants seek to appeal this judgment. Although the clerk's record reflects a nonsuit of one defendant, nothing in the record indicates the status of the second plaintiff, Larry Friesenhahn. Therefore, because one of the parties has not been disposed of, it appears the August 11, 2014, judgment is interlocutory because it does not dispose of Larry Friesenhahn's claims against defendants/appellants. An order or judgment is final when it disposes of all claims asserted by and against all parties. *Martinez v. Humble Sand & Gravel, Inc.*, 875 S.W.2d 311, 312 (Tex. 1994); *New York Underwriters Ins. Co. v. Sanchez*, 799 S.W.2d 677, 678-79 (Tex. 1990).

Because this court may lack jurisdiction over this appeal, appellants are hereby ORDERED to show cause in writing no later than October 23, 2014, why this appeal should not be dismissed for lack of jurisdiction. All other appellate deadlines are HELD IN ABEYANCE pending further order of this court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of October, 2014.



Keith E. Hottle
Clerk of Court